

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
240 West Third Street, Suite 401
Williamsport, PA 17701

judge_brann@pamd.uscourts.gov

(570) 323-9772

**Matthew W. Brann**
**Chief Judge**

January 2, 2026

**TO: COUNSEL OF RECORD**

**RE:**   **Bruyn v. Carrington et al**
   Case No. 4:25-CV-02460

Dear Counsel:

The above action has been assigned to me. A Case Management Conference will be scheduled after joinder of this matter has occurred. The purpose of the conference is to establish a schedule for the management of the case so as to strive for its just, speedy and inexpensive determination. The Order scheduling the conference will inform you in more detail of what is required of you in preparation for the conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a), and must actively comply with discovery obligations pending scheduling of the Case Management Conference.

If service of the initial pleading is not made within the time allotted by the Rules of Civil Procedure, a status report addressing the reasons for the delay and the course of action being pursued shall be submitted to me.

If an answer or other response has not been filed, it is important that this be accomplished in the time provided for in the Federal Rules of Civil Procedure. To this end, counsel and parties acting without counsel, are notified not to enter into agreements for extensions of time without seeking Court approval. Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored.

Any inquiries you have concerning this case should be directed to my Courtroom Deputy, United States Courthouse and Federal Building, 240 West Third Street, Suite 401, Williamsport, Pennsylvania, 17701, phone number (570) 323-9772.

Very truly yours,

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge