IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY G. BRUYN,** | : | No. 4:25-cv-02460 |
| Plaintiff | : | |
| | : | Chief Judge Brann |
| v. | : | |
| | : | |
| **AUBREY CARRINGTON, CARGILL MEAT SOLUTIONS CORPORATION, CARGILL, INCORPORATED, TROOPER MITCHELL KERRICK,** *and* **PENNSYLVANIA STATE POLICE,** | : | Electronically Filed Document |
| Defendants | : | *Complaint Filed 12/18/2025* |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf Defendants Trooper Mitchell Kerrick and Pennsylvania State Police.

          Respectfully submitted,

          DAVID W. SUNDAY, JR.
          Attorney General

By:  *s/ Francis H. Pryzbylkowski*
      FRANCIS H. PRYZBYLKOWSKI
      Deputy Attorney General
      Attorney ID PA 329644

**Office of Attorney General**
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 783-6491

NICOLE R. DITOMO
Chief Deputy Attorney General
Civil Litigation Section

fpryzbylkowski@attorneygeneral.gov

**Date: January 21, 2026**

*Counsel for Defendants PSP and Kerrick*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY G. BRUYN,** | : | No. 4:25-cv-02460 |
| Plaintiff | : | |
| | : | Chief Judge Brann |
| v. | : | |
| | : | |
| **AUBREY CARRINGTON, CARGILL MEAT SOLUTIONS CORPORATION, CARGILL, INCORPORATED, TROOPER MITCHELL KERRICK,** *and* **PENNSYLVANIA STATE POLICE,** | : | Electronically Filed Document |
| Defendants | : | Complaint Filed 12/18/2025 |

## CERTIFICATE OF SERVICE

I, Francis H. Pryzbylkowski, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 21, 2026, I caused to be served a true and correct copy of the foregoing document titled *Entry of Appearance* to the following:

**VIA ECF**
Matthew Thomas Comerford, Esq.
Comerford Law
538 Biden Street, Suite 430
Scranton, PA 18503
matt@comerford.law
*Counsel for Plaintiff*

                                           *s/ Francis H. Pryzbylkowski*
                                           **Francis H. Pryzbylkowski**
                                           **Deputy Attorney General**