IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY G. BRUYN | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 4:25-CV-2460 |
| | : | |
| AUBREY CARRINGTON, CARGILL | : | |
| MEAT SOLUTIONS CORPORATION, | : | CHIEF JUDGE BRANN |
| CARGILL, INCORPORATED, | : | |
| TROOPER MITCHELL KERRICK, | : | |
| And PENNSYLVANIA STATE POLICE | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of February 2026, upon consideration of the Agreed Motion for an Extension of Time to Respond to Complaint by Defendants Cargill Meat Solutions Corporation, Cargill, Incorporated, and Aubrey Carrington, n/k/a Aubrey Waite (collectively the "Cargill Defendants"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The deadline for Cargill Defendants to respond to Plaintiff's Complaint is extended until March 20, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge